UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTION.COM, a foreign limited liability company doing business in California; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 3:15-cv-02338-WHO<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Upon consideration of the Joint Stipulation Requesting a Continuance of the Case Management Conference currently set for September 1, 2015 at 2:00 p.m. filed by Plaintiff John Doe and Defendant Selection Management Systems Inc., by and through their counsel of record, IT IS HEREBY ORDERED that the case management conference currently set for September 1, 2015 at 2:00 p.m. is continued until September 15, 2015 at 2:00 p.m.

IT IS SO ORDERED

Dated: August 19, 2015

By: _____
Hon. William H. Orrick
United States District Judge