1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated, | Case No.  3:15-cv-02338-WHO |
| Plaintiffs, | **ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2** |
| v. | Complaint filed May 26, 2015 |
| SELECTION.COM, a foreign limited liability company doing business in California; and DOES 1-10 inclusive, | |
| Defendants. | |

12

13

14

15

16

17

18

19        Pending before the Court is Plaintiff and Defendant's Stipulated Request for an Order

20   Changing Time Pursuant to Civil Local Rule 6-2.  Upon reviewing the parties' stipulation and

21   consulting with Magistrate Judge Laporte, who is hearing the motion for sanctions, the Court

22   finds that good cause exists to change time as requested by the parties and as set forth below.

23        IT IS HEREBY ORDERED that the existing deadlines and dates are modified as follows:

24

25

26

27

28

**Case No.**  3:15-cv-02338-WHO                    1

ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2

| CASE DATE | CURRENT DEADLINE | NEW DEADLINE | |
|---|---|---|---|
| Selection's deadline to file Reply in Support of its Motion to Dismiss | February 12, 2016 | April 12, 2016 | |
| Selection's deadline to file Reply in Support of its Motion for Sanctions | February 16, 2016 | April 18, 2016 | |
| Hearing Date on Selection's Motion to Dismiss | February 24, 2016 | April 27, 2016 | |
| Plaintiff's deadline to respond to Selection's Interrogatories and Requests for Document Production | February 29, 2016 | April 29, 2016 | |
| Hearing Date on Selection's Motion for Sanctions | March 1, 2016 | May 3, 2016 | |

Dated: February 10, 2016

By:_____

THE HONORABLE WILLIAM H. ORRICK, III
United States District Judge

ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2