UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTION.COM, a foreign limited liability company doing business in California; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.  3:15-cv-02338-WHO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint filed May 26, 2015 |

The Court, having considered the stipulation filed on today's date and good cause appearing therefor, orders as follows:

1.    Plaintiff's individual claims are DISMISSED WITH PREJUDICE pursuant to the stipulation entered into between the parties on or about March 1, 2016.  All claims asserted on behalf of the putative class are DISMISSED WITHOUT PREJUDICE.

2.    Each party shall bear its own costs and attorneys' fees.

3.    All pending motions shall be taken off calendar.

4.    The Clerk shall close the file.

Dated: March 2, 2016                          By:_____

The HONORABLE WILLIAM H. ORRICK, III

United States District Judge